IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20CV88 |
| | ) | |
| $6,800 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 8, 2021, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Strike Claim (Doc. 17) is GRANTED, and the Claim of Notosha Graves Moore (Doc. 7) is stricken.

/s/   Thomas D. Schroeder
United States District Judge

September 28, 2021